UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY TUCKER,** | ) | **CASE NO. 1:07CV1035** |
| | ) | |
| PLAINTIFF, | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| V. | ) | |
| | ) | |
| **RICHARD GANSHIMER,** | ) | |
| | ) | **ORDER** |
| DEFENDANT. | ) | |
| | ) | |

On July 25, 2007, this Court issued an order assigning this case to Magistrate Judge James S. Gallas for general pre-trial supervision. (Dkt. # 5). On July 30, 2008, the Magistrate issued a Report and Recommendation, recommending that the Court DENY Plaintiff's Motion for Summary Judgment (Dkt. # 46) and GRANT Defendants' Motions for Summary Judgment (Dkt. # 47, 49). The Magistrate Judge further recommends that the Court DENY Plaintiff's Motion for a Preliminary Injunction. (Dkt. # 40). Finally, the Magistrate Judge recommends that the instant matter be DISMISSED.

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and

1

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Gallas is hereby **ADOPTED**. (Dkt. # 62). Plaintiff's Motion for Summary Judgment is **DENIED**. (Dkt. # 46). Defendants' Motions for Summary Judgment are **GRANTED**. (Dkt. # 47, 49). Plaintiff's Motion for a Preliminary Injunction is **DENIED**. (Dkt. # 40).

**IT IS SO ORDERED**.

>	**/s/ Peter C. Economus – August 15, 2008**
>	**PETER C. ECONOMUS**
>	**UNITED STATES DISTRICT JUDGE**